SOUTH CAMDEN TRUST COMPANY, respondent,

*v.*

MICHAEL STIEFEL, appellant.

[Decided February 4th, 1929.]

*Messrs. Starr, Summerill & Lloyd,* for the respondent.

*Mr. Joseph Beck Taylor,* for the appellants.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming, and reported in *101 N. J. Eq. 41.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.   12.

*For reversal*—None.